Same case below, 574 F.3d 998.

No. 09-9532. Fred Erby, Petitioner v. C. Bennett, et al.

559 U.S. 1111, 130 S. Ct. 2412, 176 L. Ed. 2d 932, 2010 U.S. LEXIS 3679.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 09-9533. Mohamed Alphe Sow, Petitioner v. Eric H. Holder, Jr., Attorney General.

559 U.S. 1111, 130 S. Ct. 2412, 176 L. Ed. 2d 932, 2010 U.S. LEXIS 3843.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

No. 09-9538. Rodolfo Mendoza-Mendoza, Petitioner v. Eric H. Holder, Jr., Attorney General.

559 U.S. 1111, 130 S. Ct. 2412, 176 L. Ed. 2d 932, 2010 U.S. LEXIS 3758.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 351 Fed. Appx. 220.

No. 09-9557. William Barfield Bowie, Petitioner v. North Carolina.

559 U.S. 1111, 130 S. Ct. 2413, 176 L. Ed. 2d 932, 2010 U.S. LEXIS 3802.

May 3, 2010. Petition for writ of certiorari to the Superior Court of North Carolina, Catawba County, denied.

No. 09-9563. Nancy Rosario, Petitioner v. Dawn Chamberlain, Superintendent, State Correctional Institution at Muncy, et al.

559 U.S. 1111, 130 S. Ct. 2415, 176 L. Ed. 2d 932, 2010 U.S. LEXIS 3720.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 09-9604. Anthony Waldrip, Petitioner v. James E. Hall, Warden.

559 U.S. 1111, 130 S. Ct. 2415, 176 L. Ed. 2d 932, 2010 U.S. LEXIS 3776.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 548 F.3d 729.

No. 09-9612. Brentt Michael Sherwood, Petitioner v. Pennsylvania.

559 U.S. 1111, 130 S. Ct. 2415, 176 L. Ed. 2d 932, 2010 U.S. LEXIS 3734.

May 3, 2010. Petition for writ of certiorari to the Supreme Court of Pennsylvania, Eastern District, denied.

Same case below, 603 Pa. 92, 982 A.2d 483.